IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–11–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA STEPHEN ROYBAL, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 37.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Joshua Stephen Roybal is charged with one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1) (Count I) and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count II). (Doc. 12.) Judge DeSoto recommends that this

1

Court accept Roybal's guilty plea as to Count I and Count II after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. In light of the United States' motion for preliminary order of forfeiture (Doc. 39), the Court will address the issue of forfeiture by separate order.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 37) is ADOPTED in full.

IT IS FURTHER ORDERED that Roybal's motion to change plea (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that Joshua Stephen Roybal is adjudged guilty as charged in Count I and Count II of the Indictment.

DATED this 9th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court

2