IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA STEVENS ROYBAL,<br><br>Defendant. | CR 26–11–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Motion for Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2). (Doc. 44.) Having reviewed said Motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11) and 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on July 9, 2026. (Doc. 42.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 43.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11) and 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 44) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11) and 18 U.S.C. § 924(d), free from the claims of any other party:

- Raven Arms MP-25 pistol S/N: 653249, ammunition, and a shoulder holster
- Any associated ammunition and accessories

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 5th day of October, 2026.

Dana L. Christensen, District Judge
United States District Court